Dean H. FURUSETH, Plaintiff-Respondent-Petitioner,

v.

Virgil M. LOWE, Defendant-Appellant.

Supreme Court

*No. 79–1150. Argued March 30, 1981.—Decided April 29, 1981.*

(Also reported in 304 N.W.2d 766.)

For the petitioner there was a brief (in court of appeals) and oral argument by *Alvin L. Woodmansee* of Viroqua.

For the appellant there were briefs (in court of appeals) by *Janet A. Jenkins* and *Bosshard, Sundet & Associates,* and oral argument by *John H. Schwab, Jr.,* all of La Crosse.

STEINMETZ, J.   The court improvidently granted a review of the court of appeals decision in this case. When

examined, the facts and record failed to present the issues the court anticipated when granting the review.

*By the Court.*—The review of the decision of the court of appeals is dismissed.